Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DONALD B. CRUSAN,<br><br>            Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>            Defendants. | Docket No.: 06-CV-5858-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

      Come now the Plaintiff, DONALD B. CRUSAN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 12, 2009        By: /s/ David C. Andersen

                                  THE MILLER FIRM, LLP
                                  Two Bala Plaza, Ste. 603
                                  Bala Cynwyd, PA 19004
                                  Telephone: (212) 335-4500
                                  Facsimile: (212) 335-4501
                                  *Attorneys for Plaintiff*


DATED: 8/26, 2009        By: /s/ Loren Brown

                                  DLA PIPER LLP (US)
                                  1251 Avenue of the Americas
                                  New York, NY 10020
                                  Telephone: (212) 335-4500
                                  Facsimile: (212) 335-4501
                                  *Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: Sept. 1, 2009        _____
                                  Hon. Charles R. Breyer
                                  United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]